```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Joel Solkoff,                  :    CIVIL ACTION
                               :    NO. 18-683
          Plaintiff,           :
    v.                         :
                               :
The Pennsylvania State         :
University, et al.,            :
                               :
          Defendants.          :
```

**ORDER**

**AND NOW**, this **22nd** day of **October, 2019,** after considering The Joint Motion for In Camera Approval of Settlement Agreement (ECF No. 35), for the reasons stated on the record in open court on October 22, 2019, it is hereby **ORDERED** that:

1. The Joint Motion for In Camera Approval of Settlement Agreement (ECF No. 35) is **DENIED;** and

2. The parties shall file the settlement agreement in full for court approval by November 25, 2019.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*