IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joel Solkoff, | CIVIL ACTION |
| | NO. 18-683 |
| Plaintiff | |
| v. | |
| The Pennsylvania State University, et al., | |
| Defendants. | |

**ORDER**

**AND NOW**, this **23rd** day of **January, 2020,** after considering the Joint Motion for Approval of the Settlement Agreement (ECF No. 39), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Joint Motion for Approval of the Settlement Agreement (ECF No. 39) is **DENIED.**

    **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,   J.*